UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISTIE DANETTE PARRISH,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GEOSPACIAL-<br>INTELLIGENCE AGENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  No. 4:15CV426 RLW<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Memorandum and Response to Order (ECF No. 17). In her Memorandum, Plaintiff requests counsel for a third time. For the reasons given in the Court's two previous Orders on Plaintiff's requests for appointment of counsel (ECF Nos. 13, 16), the Court again denies Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (ECF No. 17) is **DENIED** without prejudice.

Dated this 28th day of July, 2015.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**